# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810

May 12, 2009

Honorable Bobby R. Baldock, Chair
Committee On Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock :

Thank you for your letter of April 29, 2009 regarding additional information needed to close my report for 2008. Please consider this response letter as an amendment to my report.

1) Part VI should be corrected to show a check mark in the box next to NONE. The mortgage listed on the report is a mortgage held on my personal residence.

2) Part VII, page 9, line 89 should be amended to show a Column C Value Code "J" and Value Method Code "T". At line 90, the Column B boxes should be left blank.

Pursuant to your observations on the first page of your letter, Part VII, page 9, line 101 should show the street address as redacted and the reference "investment property" in its place. Similarly, at Part VIII, page 11, the street address should also be redacted and the words "Baltimore City investment property" inserted in its place.

I hope that the above amendments will allow the closing of my report.

Sincerely,

William M. Nickerson
Senior District Judge

**Nickerson_William_M**

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Nickerson, William M. | 2. Court or Organization<br><br>Maryland | 3. Date of Report<br><br>04/16/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior St | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

RECEIVED 2009 APR 20 A 11: 0b DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. monthly | State of Md. Judicial Pension Plan | $29,091.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Home Finance Co. | Deed of Trust/ mortgage ▬▬▬▬▬ Towson, MD ▬ | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period ||  C. Gross value at end of reporting period || D. Transactions during reporting period |||||
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wyeth cmn | A | Dividend | K | T | | | | | |
| 2. Bristol Myers Squibb cmn | B | Dividend | K | T | | | | | |
| 3. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | K | T | | | | | |
| 4. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 5. Colgate Palmolive Co. cmn | B | Dividend | L | T | | | | | |
| 6. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 7. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 8. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 9. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 10. General Mills Inc. cmn | B | Dividend | K | T | | | | | |
| 11. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 12. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 13. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 14. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 15. Mutual Shares Fund | A | Dividend | J | T | | | | | |
| 16. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 17. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jones Apparel Grp cmn | A | Dividend | J | T | | | | | |
| 19. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 20. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 21. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 22. - J P Morgan Deposit Sweep Inst'l. (Chase Market Rate Acct) | | | | | | | | | |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. (formerly k/a Chevron Texaco Corp) | | | | | | | | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | | | | | |
| 28. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 29. - Altria Group, Inc. | | | | | | | | | |
| 30. - American Electric Power Co, Inc. | | | | | | | | | |
| 31. - Bank of America Corp New | | | | | | | | | |
| 32. - Bristol Meyers Squibb Co | | | | | | | | | |
| 33. - Citigroup Inc. | | | | | | | | | |
| 34. - Consolidated Edison, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Kraft Foods, Inc. | | | | | | | | | |
| 53. - Spectra Energy Corp. | | | | | | | | | |
| 54. - Fairpoint Communications, Inc. (X) | | | | | Spinoff (from line 23) | 4/2 | | | |
| 55. - Philip Morris Int'l., Inc. (X) | | | | | Spinoff (from line 29) | 3/31 | | | |
| 56. Dell, Inc. Cmn | | None | J | T | | | | | |
| 57. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 58. Intel Corp cmn | A | Dividend | J | T | | | | | |
| 59. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 60. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 61. T. Rowe Price Inc. cmn | A | Dividend | K | T | | | | | |
| 62. Zebra Tech cmn | | None | K | T | | | | | |
| 63. Pfizer Inc cmn | A | Dividend | J | T | | | | | |
| 64. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 65. Alcatel Lucent Spon ADR cmn | A | Dividend | | | Sold | 12/26 | J | A | |
| 66. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 67. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 68. Smucker J M Co cmn | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 70. W. P. Stewart Growth Fd., Inc. | D | Dividend | L | T | | | | | |
| 71. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | K | T | | | | | |
| 72. Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | |
| 73. - AMEX Insd. M/M acct. | A | Dividend | J | T | | | | | |
| 74. - Columbia Acorn Fd. - A | A | Dividend | L | T | | | | | |
| 75. - Riversource Diversified Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 76. - Riversource High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 77. - Fidelity ADV Mid Cap Fd. Cl T | | None | K | T | | | | | |
| 78. - I Shares MSCI Emerging Mkts. | A | Dividend | J | T | | | | | |
| 79. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 80. - I Shares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 81. - I Shares S&P Europe 350 Index | A | Dividend | J | T | | | | | |
| 82. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 83. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 84. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | K | T | | | | | |
| 85. - Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 87.  - RVS Diverse Equity Inc. - A | | None | K | T | | | | | |
| 88.  - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 89.  RSRV U.S. Government -R | A | Dividend | | | Buy | 9/19 | J | | |
| 90.  " " " " | A | Dividend | | | Sold (part) | 11/13 | J | A | |
| 91.  Riversource Intl Sel Val-A Fund | A | Dividend | K | T | | | | | |
| 92.  Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 93.  Columbia Small Cap Value A Fund | | None | K | T | | | | | |
| 94.  Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 95.  Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 96.  Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 97.  Riversource Diversified Equity Inc. - A | A | Dividend | K | T | | | | | |
| 98.  Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 99.  Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 100.  Windstream Corp. cmn | B | Dividend | K | T | | | | | |
| 101.  ██████████, Baltimore, MD | | None | M | R | | | | | see VIII |
| 102.  Amish Naturals, Inc. - cmn | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | Spinoff<br>(from line 59) | 7/9 | J | | |
| 104. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | U | Buy | 2/8 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 101: ███████████ was purchased on 11/07/2007 for $110,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 04/16/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544